| Cause #: | 2013-50191 | | Court # | 164TH | Judgment Date: | 11/14/2014 |
|---|---|---|---|---|---|---|
| Volume: | | | Page: | | Image #: | 63190011 |
| Due Date: | 3/14/2015 | | Attorney Bar No: | 4688650 | | |
| Assigned to FIRST Court of Appeals | | | | | FILED IN 1st COURT OF APPEALS HOUSTON, TEXAS | |
| Date Findings of Facts/Mtn of Modify/Mtn New Trial filed? | | | | N/A | 12/31/2014 2:43:37 PM CHRISTOPHER A. PRINE Clerk | |
| Request for Transcript Filed? | | NONE | | | CR (Cross Appeal) | |
| Notice of Appeal previously filed? Y | | | | | | |
| Number of Days: | 120 | | | | | |
| File Ordered: | | | | | | |
| Notes: Cross-Appeal Appellate No. 01-14-00997-CV | | | | | | |

BC    Notice of Appeal filed
BG    Notice of Appeal filed – Government
C    Appealing Final Judgment
D -    Accelerated Appeal
OA    No Clerk's Record Request filed
O – Clerk's Record Request filed (w/Notice of Appeal)

CASE NUM: 201350191__ PJN> __  TRANS NUM: _____ CURRENT COURT: 164 PUB? _
CASE TYPE: CONTRACT                         CASE STATUS: DISPOSED (FINAL)
STYLE: FELIX, PERRY D (D/B/A HAN'S LASER VS PROSPERITY BANK
================================================================================
                        **** ACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR        PERSON NAME              PTY    ASSOC. ATTY
   NUM   NUMBER                                           STAT

==> (0) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH    11=HELP

CASE NUM: 201350191__ PJN> __  TRANS NUM: _____ CURRENT COURT: 164 PUB? _
CASE TYPE: CONTRACT                         CASE STATUS: DISPOSED (FINAL)
STYLE: FELIX, PERRY D (D/B/A HAN'S LASER VS PROSPERITY BANK
================================================================================
                        **** INACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR        PERSON NAME              PTY    ASSOC. ATTY
   NUM   NUMBER                                           STAT
_      00002-0002 XPL 24002330 PROSPERITY BANK                  HUTTENBACH, W
_      00002-0002 PXP 16005400 PIGNUOLO, CHARLES JOSEPH
_      00001-0002 XDF 19210500 FELIX, PERRY D (D/B/A HAN'S LA   STEWART, JOE
_      00006-0001 AGT          PROSPERITY BANCSHARES INC MAY  D
_      00005-0001 AGT          PROSPERITY BANK MAY BE SERVED
_      00004-0001 DEF 24002330 PROSPERITY BANCSHARES INC      D HUTTENBACH, W
_      00004-0001 PAD 16005400 PIGNUOLO, CHARLES JOSEPH       D
_      00003-0001 PLT 19210500 HAN'S LASER TECHNOLOGY CO        STEWART, JOE

==> (11) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH    11=HELP

CASE NUM: 201350191__ PJN> __  TRANS NUM: _____ CURRENT COURT: 164 PUB? _
CASE TYPE: CONTRACT                         CASE STATUS: DISPOSED (FINAL)
STYLE: FELIX, PERRY D (D/B/A HAN'S LASER VS PROSPERITY BANK
================================================================================
                        **** INACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR        PERSON NAME              PTY    ASSOC. ATTY
   NUM   NUMBER                                           STAT
_      00002-0001 DEF 24002330 PROSPERITY BANK                  HUTTENBACH, W
_      00002-0001 PAD 16005400 PIGNUOLO, CHARLES JOSEPH
_      00001-0001 PLT 19210500 FELIX, PERRY D (D/B/A HAN'S LA   STEWART, JOE

==> (11) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH    11=HELP

CAUSE NO. 2013-50191

| | | |
|---|---|---|
| PERRY D. FELIX D/B/A | § | IN THE DISTRICT COURT OF |
| HAN'S LASER TECHNOLOGY CO. | § | |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| PROSPERITY BANK AND | § | |
| PROSPERITY BANCSHARES, INC. | § | 164TH JUDICIAL DISTRICT |

## NOTICE OF [CROSS] APPEAL

In accordance with Rule 26.1(d) of the Texas Rules of Appellate Procedure, Prosperity Bank ("**Defendant**" and/or "**Prosperity Bank**"), desires to appeal and files this Notice of [Cross] Appeal to the First Court of Appeals, No. 01-14-00997-cv, from the trial court's Final Judgment in the above captioned case signed on November 14, 2014.

Respectfully submitted,

HIRSCH & WESTHEIMER, P.C.

By: /s/ Michael D. Conner
    Michael D. Conner
    State Bar No. 04688650
    mconner@hirschwest.com
    William "Pat" Huttenbach
    State Bar No. 24002330
    phuttenbach@hirschwest.com
    Jacob M. Stephens
    State Bar No. 24066143
    jstephens@hirschwest.com
    1415 Louisiana, 36th Floor
    Houston, Texas 77002
    Telephone: (713) 220-9162
    Facsimile: (713) 223-9319

**ATTORNEYS FOR DEFENDANT,
PROSPERITY BANK**

20090252.20140460/1975450.1

## CERTIFICATE OF SERVICE

On the 29th day of December, 2014, the foregoing document was served pursuant to Rule 21a of the Texas Rules of Civil Procedure as indicated below:

J. Steven Stewart
5353 West Alabama, Suite 605
Houston, Texas 77056
E-mail: jss@jstevenstewart.com
*Via E-Service*

*/s/ William P. Huttenbach*
William P. Huttenbach

2

20090252.20140460/1975450.1